# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Grafton Superior Court | Telephone: 1-855-212-1234 |
| 3785 Dartmouth College Highway | TTY/TDD Relay: (800) 735-2964 |
| North Haverhill NH  03774 | http://www.courts.state.nh.us |

## SUMMONS IN A CIVIL ACTION
## WEBEX PRELIMINARY INJUNCTION HEARING SCHEDULED

Case Name:      **John Doe v Town of Lisbon**
Case Numbers:   **215-2021-CV-00252**

Date Complaint Filed: September 02, 2021

A Complaint has been filed against Town of Lisbon in this Court.  A Copy of the Complaint is attached.

This Court has scheduled the following:
   **Hearing on Request for Preliminary Injunction**

**Date: November 18, 2021**

**Time: 2:30 PM**

**Time Allotted:  30 Minutes**

*****<u>THIS HEARING WILL BE CONDUCTED BY VIDEO.</u>  A WEBEX INVITATION CONTAINING A LINK FOR THE VIDEO HEARING WILL BE E-MAILED TO EACH PARTY ONCE THEIR APPEARANCE IS FILED WITH THE COURT*****

If more time is needed for this hearing, contact the Court immediately.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| Immediately | John Doe shall have this Summons and the attached Complaint served upon Town of Lisbon in manner allowed by law. |
| November 10, 2021 | John Doe shall electronically file the return(s) of service with this Court.  Failure to do so may result in this action being dismissed without further notice. |
| November 16, 2021 | Town of Lisbon shall electronically file an Appearance with this Court. A copy of the Appearance must be sent electronically to the party/parties listed below. |
| 30 days after service | Town of Lisbon must electronically file an Answer or other responsive pleading with this Court.  A copy of the Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Town of Lisbon:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

Send copies to:

| | |
|---|---|
| Christopher T. Meier, ESQ | Cooper Cargill Chant PA 2935 White Mountain Highway North Conway NH  03860-5210 |
| Town of Lisbon | 46 School Street Lisbon NH  03585 |

|   |   |
|---|---|
| | BY ORDER OF THE COURT |
| October 09, 2021 | David P. Carlson |
| | Clerk of Court |

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Grafton Superior Court | Telephone: 1-855-212-1234 |
| 3785 Dartmouth College Highway | TTY/TDD Relay: (800) 735-2964 |
| North Haverhill NH  03774 | http://www.courts.state.nh.us |

## JOHN DOE
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:    **John Doe v Town of Lisbon**
Case Number:  **215-2021-CV-00252**

**Instructions for:** John Doe

The attached Summons will need to be sent to the Sheriff's Department for service.  Service must be completed immediately but no later than on or before **November 10, 2021**.

### Further action is required by you

 You must:

- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court**
- **Print two copies of the Ex Parte Orders (if applicable)**
- **Make two packets for each defendant for service.  Each packet should contain:**
    - **One Summons**
    - **One Notice to Defendant**
    - **One Complaint filed with the Court**
    - **One Ex Parte Orders (if applicable)**
- **Mail or hand deliver the packets to the Sheriff's Department where the Defendant resides for service.**

### Sheriff Departments in New Hampshire:

| | |
|---|---|
| Belknap County Sheriff's Department: | Hillsborough County Sheriff's Department: |
| Carroll County Sheriff's Department: | Merrimack County Sheriff's Department: |
| Cheshire County Sheriff's Department: | Rockingham County Sheriff's Department: |
| Coos County Sheriff's Department: | Strafford County Sheriff's Department: |
| Grafton County Sheriff's Department: | Sullivan County Sheriff's Department: |

*If one or more of the parties resides out of state, please click **here** for the requirements*

**Service must be made upon the defendant immediately.**  If the Sheriff is unable to complete service by **November 10, 2021**, you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You must electronically file the 'Return of Service' form with the court by **November 10, 2021**.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

*Please note: The hearing date is November 18, 2021.  This is the only notice you will receive*

# Important Service Information for Sheriff

<u>Do not file this with the court</u>
Provide this information to the appropriate Sheriff's Office.
See Instructions to Plaintiff for more information.

**PLEASE PRINT CLEARLY**

Date: _____   Case #: _____

**Who are you requesting to be served?**
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____   APT #: _____

_____

Home phone #: _____   Cell phone #: _____

Sex: ☐ Male   ☐ Female   Race: _____

Last 4 digits of SS#: xxx-xx- ___ ___ ___ ___   D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

**Your Information:**
Name (please print): _____

Residential address:                                   Mailing address:

_____        _____

_____        _____

Phone number to contact you during business hours:

_____   Alternate #: _____

_____
Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____   Cash #: _____   Check#: _____
Id#: _____  Waiver: _____  Money Order#: _____   Credit Card: _____
Sheriff File # _____   Authorization #: _____

NHJB-2711-Se (07/01/2018)

<u>Instructions for filing the Return of Service</u>:

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 215-2021-CV-00252 and click Next.
2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".
3. Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.
4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

<u>October 09, 2021</u>                                              <u>David P. Carlson</u>
Date                                                                          Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

NHJB-2711-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Grafton Superior Court | Telephone: 1-855-212-1234 |
| 3785 Dartmouth College Highway | TTY/TDD Relay: (800) 735-2964 |
| North Haverhill NH  03774 | http://www.courts.state.nh.us |

## NOTICE TO DEFENDANT

Case Name:     **John Doe v Town of Lisbon**
Case Number:   **215-2021-CV-00252**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Grafton Superior Court.**  Review the Complaint to see the basis for the claim.

Each Defendant is required to electronically file an Appearance with the court by **November 16, 2021**.  In addition, you are required to file an Answer or responsive pleading 30 days after service.  You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.
1. Complete the registration/log in process.  Click Register and follow the prompts.
2. After you register, click Start Now.  Select **Grafton Superior Court** as the location.
3. Select "I am filing into an existing case".  Enter **215-2021-CV-00252** and click Next.
4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.
5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court
orders electronically to the email address you provide.

A person who is filing or defending against a Civil Action will want to be familiar with the Rules of the Superior Court.  This information is also available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the Complaint, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2711-Se (07/01/2018)