UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

John Doe[1],

    Plaintiff,

v().                                          Civil Action No. 1:21-cv-_____

Town of Lisbon,

    Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL TO PLAINTIFF'S COUNSEL

TO:    Christopher Meier, Esq.
         Cooper, Cargill, Chant, P.A.
         2935 White Mountain Highway
         North Conway, NH 03860

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant Town of Lisbon, by and through its attorneys, Jackson Lewis P.C. and Mitchell Municipal Group, P.A., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

[signatures on following page]

---

[1] John Doe is a pseudonym.

                                  Respectfully submitted,
                                  TOWN OF LISBON,

                                  By its attorneys,
                                  JACKSON LEWIS P.C.

Dated: November 15, 2021          By:    /s/ Debra Weiss Ford_____
                                  Debra Weiss Ford, NHBA #2687
                                  Samuel Martin, NHBA #272195
                                  Jackson Lewis P.C.
                                  100 International Drive, Suite 363
                                  Portsmouth, New Hampshire 03801
                                  603-559-2700
                                  Debra.ford@jacksonlewis.com
                                  Samuel.martin@jacksonlewis.com

                                  AND

Dated: November 15, 2021                  MITCHELL MUNICIPAL GROUP, P.A.,

                                  /s/ Naomi N. Butterfield_____
                                  Naomi N. Butterfield, NHBA #18079
                                  25 Beacon St. E Suite 2
                                  Laconia, New Hampshire 03246
                                  (603) 524-3885
                                  naomi@mitchellmunigroup.com