STATE OF NEW HAMPSHIRE

GRAFTON, SS                                                                                          SUPERIOR COURT

215-2021-cv-00252

John Doe[1]

Plaintiff,

v.

Town of Lisbon,

Defendant

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant Town of Lisbon, by its attorneys, Jackson Lewis P.C. and Mitchell Municipal Group, P.A., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

[signatures on following page]

---

[1] John Doe is a pseudonym.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted,<br>Town of Lisbon, |
|  |  | By its attorneys,<br>JACKSON LEWIS P.C. |
| Dated: November 15, 2021 | By: | /s/ Debra Weiss Ford_____<br>Debra Weiss Ford, NHBA #2687<br>Samuel Martin, NHBA #272195<br>Jackson Lewis P.C.<br>100 International Drive, Suite 363<br>Portsmouth, New Hampshire 03801<br>603-559-2700<br>Debra.ford@jacksonlewis.com<br>Samuel.martin@jacksonlewis.com |
|  |  | AND |
|  |  | MITCHELL MUNICIPAL GROUP P.A, |
| Dated: November 15, 2021 | By: | /s/ Naomi N. Butterfield_____<br>Naomi N. Butterfield, NHBA #18079<br>25 Beacon St. E Ste 2<br>Laconia, NH 03246<br>(603) 524-3885<br>naomi@mitchellmunigroup.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I provided a true and exact copy of this pleading to Christopher Meier, Plaintiff's counsel of record, via electronic mail and via the Court's ECF system.

Dated: November 15, 2021                                        /s/ Debra Weiss Ford___
                                                                                        Debra Weiss Ford