UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
************************************
John Doe,                              *
                                       *
        Plaintiff,                     *
    v.                                 *    Case No. 1:21-cv-00944-JL
                                       *             1:22-cv-00043-SM
                                       *
Town of Lisbon and New Hampshire       *
Department of Justice,                 *
                                       *
        Defendants.                    *
                                       *
************************************
```

## JOINT STIPULATION

The parties, by and through their respective counsel, submit the following stipulation and request that the Court enter an order approving this stipulation.

a. The above-captioned cases shall be consolidated under case number 21-cv-944-JL and case number 22-cv-043-SM shall be statistically closed;

b. Plaintiff's Motion to Voluntarily Dismiss without Prejudice (Case No. 21-cv-944-JL, Doc. #17) shall be GRANTED, and the Court shall dismiss the amended complaint originally filed in 21-cv-944-JL (Case No. 21-cv-944-JL, Doc. #6), proceeding in the consolidated matter on the complaint originally filed in 22-cv-043-SM (Case No. 22-cv-043-SM, Doc. No. 1-1) (the "Consolidated Complaint");

c. Count III and IV of plaintiffs' Consolidated Complaint, and the remainder of the Counts to the extent any of them state a claim as against New Hampshire Department of Justice, and/or for declaratory and/or injunctive relief as against any party, shall be severed and remanded to state court; and

d. That the Court terminate the Department of Justice's motion to dismiss as moot.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | JOHN DOE<br>By his attorneys,<br>COOPER CARGILL CHANT, P.A. |
| Dated: April 18, 2022 | By: | /s/ Christopher T. Meier |
|  |  | Christopher T. Meier, Bar ID # 17136<br>2935 White Mountain Highway<br>North Conway, New Hampshire 03860<br>Tel:  (603) 356-5439<br>Fax:  (603) 356-7975<br>Email: cmeier@coopercargillchant.com |
|  |  | *and* |
|  |  | THE TOWN OF LISBON<br>By its attorney,<br>JACKSON LEWIS P.C. |
| Dated: April 18, 2022 | By: | /s/ Samuel H. Martin<br>Debra Weiss Ford, NHBA #2687<br>Samuel Martin, NHBA #272195<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>603-559-2700<br>Debra.ford@jacksonlewis.com<br>Samuel.martin@jacksonlewis.com |
|  |  | *and* |
|  |  | THE NEW HAMPSHIRE DEPARTMENT OF JUSTICE |
|  |  | By its attorney, |
|  |  | JOHN M. FORMELLA<br>NEW HAMPSHIRE ATTORNEY GENERAL |
| Dated: April 18, 2022 |  | /s/ *Samuel Garland*<br>Samuel R.V. Garland, Bar #266273<br>Senior Assistant Attorney General<br>Civil Bureau |

- 2 -

N.H. Dep't of Justice  
(603) 271-3650  
samuel.rv.garland@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was serve on all counsel of record using the Court's electronic-filing system.

/s/  *Christopher T. Meier*  
Christopher T. Meier

- 3 -