## Jadean Barthelmes

**From:** Meg Cahill on behalf of NHDdb_Intake
**Sent:** Thursday, April 21, 2022 12:51 PM
**To:** NHDdb_JLteam
**Subject:** FW: Motions to intervene, and to unseal and to oppose pseudonymity + accompanying memoranda, in Doe v. Town of Lisbon, No. 1:21-cv-00944-JL
**Attachments:** motion intervene.pdf; memorandum intervene.pdf; motion unseal oppose pseudonymity.pdf; memorandum unseal oppose pseudonymity.pdf


**From:** Volokh, Eugene <VOLOKH@law.ucla.edu>
**Sent:** Thursday, April 21, 2022 12:50 PM
**To:** NHDdb_Intake <ecfintake@nhd.uscourts.gov>
**Cc:** Chris Meier <cmeier@coopercargillchant.com>; Samuel Martin <Samuel.Martin@jacksonlewis.com>; Debra Weiss Ford <Debra.Ford@jacksonlewis.com>; Naomi Butterfield <naomi@mitchellmunigroup.com>; Samuel Garland <Samuel.RV.Garland@doj.nh.gov>
**Subject:** Motions to intervene, and to unseal and to oppose pseudonymity + accompanying memoranda, in Doe v. Town of Lisbon, No. 1:21-cv-00944-JL

**CAUTION - EXTERNAL:**


Dear Clerk of Court: I attach (1) a motion to intervene for the limited purpose of unsealing and opposing pseudonymity, (2) an accompanying memorandum, (3) a motion to unseal and oppose pseudonymity (to be considered in the event the motion to intervene is granted), and (4) an accompanying memorandum. I am filing these pro se, since I am asserting my own right to public access. I am filing in No. 1:21-cv-00944-JL, because I understand from a recent court order that this case and No. 1:22-cv-00043-SM are being consolidated within this case.

Please let me know if I need to modify and refile any of these materials, or to file other materials. Many thanks,

Eugene Volokh
*Pro se*
Gary T. Schwartz Professor of Law
UCLA School of Law
385 Charles E. Young Dr. E
(310) 206-3926
(Affiliation noted for identification and address purposes only)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1