UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe

    v.                                                         Case No. 21-cv-944-JL

Town of Lisbon, NH, et al.


John Doe

    v.                                                         Case No. 22-cv-43-SM

Town of Lisbon, NH, et al.


ORDER OF CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42(a), and by stipulation of the parties (see doc. no. 25), the above cases are consolidated for all purposes.

Case 21-cv-944-JL has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case shall be statistically closed.

Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: 5/2/2022

cc: Christopher T. Meier, Esq.
    Naomi M. Butterfield, Esq.
    Samuel H. Martin, Esq.
    Debra Weiss Ford, Esq.
    Amanda Palmeira, Esq.
    Samuel R. V. Garland, Esq.