**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                                       Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                               Web: www.nhd.uscourts.gov

May 2, 2022

Re:     21-cv-944-JL, <u>Doe v. Town of Lisbon, NH, et al.</u>

To:     Clerk, Grafton Superior Court
        Formerly your case #(s): 215-2021-CV-00252


      By Court order, certain counts in the above case were remanded to your court. We enclose a certified copy of the order and docket entries.

      Counsel parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court.   If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

      Orders of remand are not reviewable on appeal or otherwise, except as provided in 28 U.S.C. § 1447(d) and 28 U.S.C. § 1453(c), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679. See <u>Osborn v. Haley</u>, 549 U.S. 225 (2007).

                                                                       DANIEL J. LYNCH
                                                                         CLERK

Enclosures