| NAME *(Note: Officers may no longer be employed by agency noted, or may be deceased.)* *denotes officer who was previously a duplicate entry | REPORTING DEPARTMENT | DATE OF INCIDENT | DATE OF NOTIFICATION | CATEGORY | REASON FOR REDACTION |
|---|---|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| Faulkner, John | Exeter PD | 1/12/2005 | 11/30/2005 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Notice not yet provided |
| Lodise, Michael | Windham PD | Unknown | 3/17/2008 | Unknown | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | John Doe v. New Hampshire Attorney General<br>2020-0448<br>NH Supreme Court<br>Lawsuit filed - entirely under seal<br>■■■ |
| Connare, David | Manchester PD | 4/17/97 & 4/25/11 | 11/18/2008 | Criminal Conduct / Truthfulness | Public |
| Wallace, James | Manchester PD | 1/15/2006 | 11/19/2008 | Truthfulness | Public |
| Pelissier, Cory | Manchester PD | 6/18/2008 | 11/19/2008 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| Fitzpatrick, William | Manchester PD | 9/17/2009 | 10/20/2009 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>■■■ |
| Bouffard, Michael | Manchester PD | 5/13/2010 | 8/2/2010 | Excessive Force | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Notice not yet provided |
| Sahlin, Gary | Manchester PD | 8/6/2003 | 4/13/2011 | Criminal Conduct | Public |
| Desilets, Marc | Manchester PD | 10/21/2003 | 4/13/2011 | Truthfulness | Public |
| Panica, Charles | Manchester PD | 4/19/2011 | 6/14/2011 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Notice not yet provided |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| Hicks, Jamal | NH State Police | 1/25/2011 | 2/1/2013 | Unknown | Public |
| Brazee, Ricardo | NH State Police | 10/1/2001 | 2/1/2013 | Unknown | Public |
| Coco, Steven | Manchester PD | 3/23/2013 | 3/26/2013 | Criminal Conduct/Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>■■■ |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Mail returned - 180 days has not yet expired |
| Boyd, Ryan | Manchester PD | 12/20/2013 | 7/29/2014 | Excessive Force / Truthfulness | Public |
| McDonald, Ryan | Conway PD and Jackson PD | 11/24/2014 | 11/24/2014 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Mail returned - 180 days has not yet expired |
| McSweeney, Kimberley | Weare PD | Unknown | 4/19/2016 | Unknown | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal<br>Awaiting additional case information |
| Weatherby, Woodrow | Weare PD | 10/17/2016 | 10/31/2016 | Unknown | Public |
| Martel, Brian | Loudon PD | Unknown | 4/4/2017 | Criminal Conduct | Public |
| Mahoney, Kevin | Candia PD | 11/21/2016 | 5/17/2017 | Truthfulness | Public |

| Name | Department | Date 1 | Date 2 | Category | Status |
|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal |
| Ruggerio, Jason | Farmington PD | 6/30/2017 | 7/12/2017 | Truthfulness | Public |
| Atkinson, Christy | Claremont PD | 6/28/2017 | 7/20/2017 | Truthfulness | Public |
| Gantert, John | Rochester PD | 3/24/2011 | 8/10/2017 | Unknown | Public |
| DeWire, Jason | Exeter PD | 4/1/2017 | 8/22/2017 | Dereliction of Duty | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | Mail returned - 180 days has not yet expired |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal |
| Enis, Brandy | Laconia PD | Unknown | 12/7/2017 | Truthfulness / Criminal Conduct | Public |
| Chapdelaine, Kevin | Goffstown PD | 6/1/2016 | 12/8/2017 | Unknown | Public |
| Beaulieu, Ernest | Canterbury PD | Unknown | 12/14/2017 | Truthfulness | Public |
| Hileman, Joseph | Jaffrey PD | 2/16/2012 | 12/15/2017 | Dereliction of Duty | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal |
| ███████ | ███████ | ███████ | ███████ | ███████ | Notice not yet provided |
| Patton, James | Hampton PD | 6/1/2000 | 12/19/2017 | Truthfulness | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | John Doe v. New Hampshire Attorney General 2020-0501 NH Supreme Court |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal |
| ███████ | ███████ | ███████ | ███████ | ███████ | Mail returned - 180 days has not yet expired |
| ███████ | ███████ | ███████ | ███████ | ███████ | Notice not yet provided |
| ███████ | ███████ | ███████ | ███████ | ███████ | Notice not yet provided |
| ███████ | ███████ | ███████ | ███████ | ███████ | Notice not yet provided |
| Bouchard, Peter | Nashua PD | 11/21/2002 | 12/20/2017 | Falsifying Records | Public |
| Smith, Lyall | Nashua PD | 12/2/2004 | 12/20/2017 | Truthfulness | Public |
| Portillo, Juliana | Nashua PD | 12/15/2011 | 12/20/2017 | Falsifying Records / Truthfulness | Public |
| Selvitella, John | Bedford PD | 7/1/2012 | 12/20/2017 | Criminal Conduct | Public |
| Newell, John | Nashua PD | 9/12/2012 | 12/20/2017 | Truthfulness | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal |
| Hetrick, Melissa | Dublin PD | Unknown | 12/29/2017 | Unknown | Public |
| O'Day, Brendan | Epping PD | Unknown | 1/2/2018 | Unknown | Public |
| Joy, Michael | Carroll County Sheriff's Office | 11/28/2017 | 1/5/2018 | Truthfulness | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal / Awaiting additional case information |
| Chamberlain, Bryan | Chesterfield PD | 5/1/1996 | 1/30/2018 | Criminal Conduct | Public |
| Tillson, Robert | Chesterfield PD | 9/22/2001 | 1/30/2018 | Excessive Force | Public |
| Naylor, Keith | Chesterfield PD | 5/4/2006 | 1/30/2018 | Falsification of Records | Public |
| Murphy, Darren | Manchester PD | 1/7/2018 | 2/7/2018 | Truthfulness | Public |
| Morse, Patrick | NHSP – Marine Patrol | June/July 2017 | 2/13/2018 | Truthfulness | Public |
| Gaspard, Daniel | Lebanon PD | 9/16/2013 | 2/28/2018 | Truthfulness | Public |
| Emery, Jesse | Fremont PD | Unknown | 3/6/2018 | Criminal Conduct | Public |
| Ballard, Jeffrey | Hanover PD | 1/4/2011 | 3/7/2018 | Truthfulness | Public |
| Burch, Mark | Claremont PD | 3/13/2018 | 3/15/2018 | Criminal Conduct / Falsifying Records | Public |
| Kibbe, Ian | Claremont PD | 3/13/2018 | 3/15/2018 | Falsifying Records / Criminal Conduct | Public |
| Beach, Brian | Northfield PD | Unknown | 4/5/2018 | Truthfulness | Public |
| Burroughs, James | Newport PD | 3/15/2001 | 4/10/2018 | Excessive Force | Public |
| ███████ | ███████ | ███████ | ███████ | ███████ | Lawsuit filed - entirely under seal / Awaiting additional case information |
| Cornacchia, Steven | Manchester PD | 5/14/2017 | 4/16/2018 | Truthfulness / Criminal Conduct | Public |

| Name | Department | Start Date | Date | Category | Status |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | Mail returned - 180 days has not yet expired |
| ███ | ███ | ███ | ███ | ███ | Notice not yet provided |
| ███ | ███ | ███ | ███ | ███ | Notice not yet provided |
| ███ | ███ | ███ | ███ | ███ | Notice not yet provided |
| Boggis, Gerald | Unknown | Unknown | 6/1/2018 | Truthfulness | Public |
| Eccelston, Rob | Swanzey PD | Unknown | 6/1/2018 | Excessive Force | Public |
| Ellis, David | Troy PD | Unknown | 6/1/2018 | Truthfulness | Public |
| Hurley, Scott | Unknown | Unknown | 6/1/2018 | Truthfulness | Public |
| Martel, Kevin | Winchester PD | Unknown | 6/1/2018 | Criminal Conduct | Public |
| Quimby, Ryan | Unknown | Unknown | 6/1/2018 | Unknown | Public |
| Yelle, Louis | Hinsdale PD | Unknown | 6/1/2018 | Truthfulness | Public |
| Busto, Dominic | Stoddard PD |  | 6/1/2018 | Truthfulness | Public |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | John Doe v. New Hampshire Attorney General 2020-0447 NH Supreme Court |
| Bois, Paul | Rockingham County Sheriff | 3/23/2015 | 7/31/2018 | Truthfulness | Public |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| Somerford, Edward | Campton PD | 2004 | 8/15/2018 | Unknown | Public |
| Davis, Warren | Warren PD | 2008 | 8/15/2018 | Truthfulness | Public |
| Mele, Mark | Lebanon PD | 2009 | 8/15/2018 | Unknown | Public |
| Jones, Mark | Thornton PD | 2010 | 8/15/2018 | Unknown | Public |
| Williamson, Andrew | Hill PD | 2011 | 8/15/2018 | Truthfulness | Public |
| Cibulski, Jeffrey | Lebanon PD | 2012 | 8/15/2018 | Unknown | Public |
| Lique, Todd | Lebanon PD | 2012 | 8/15/2018 | Unknown | Public |
| Freitas, Shawn | Lebanon PD | 2014 | 8/15/2018 | Truthfulness | Public |
| Collins, Gregory | Haverhill PD | 2017 | 8/15/2018 | Truthfulness | Public |
| Derego, Dakota | Lebanon PD | 2017 | 8/15/2018 | Truthfulness | Public |
| Bunten, Matthew | Canaan PD | Unknown | 8/15/2018 | Truthfulness | Public |
| O'Keefe, Shaun | Lyme PD | Unknown | 8/15/2018 | Truthfulness | Public |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| Kevlin, Christopher | Conway PD | 2/11/2011 | 8/20/2018 | Truthfulness / Criminal Conduct | Public |
| McCormack, Thomas | Conway PD | 1/13/2013 | 8/20/2018 | Criminal Conduct / Truthfulness | Public |
| Orfant, Tobias | Carroll County Sheriff's Dept | 3/8/2013 | 8/20/2018 | Truthfulness | Public |
| Cardona, Mitchell | Hollis PD | 1/7/2016 | 9/1/2018 | Truthfulness | Public |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| ███ | ███ | ███ | ███ | ███ | Lawsuit filed - entirely under seal |
| Smith, Richard | New Durham PD | 2003 | 9/5/2018 | Truthfulness | Public |
| Yoder, Daniel | Middleton PD | 2003 | 9/5/2018 | Truthfulness | Public |
| Lyczak, Michael | Durham PD | 2008 | 9/5/2018 | Truthfulness | Public |
| Tarrants, Gabriel | Durham PD | 2008 | 9/5/2018 | Truthfulness | Public |
| Gilman, Stacy | Middleton PD | 2011 | 9/5/2018 | Truthfulness | Public |
| Raizes, Dean | Farmington PD | 2011 | 9/5/2018 | Truthfulness | Public |
| Carpenter, David | Durham PD | 2013 | 9/5/2018 | Truthfulness | Public |

| Name | Department | Date of Incident | Date Added | Reason | Status |
|---|---|---|---|---|---|
| McNeil, Michael | Farmington PD | 2015 | 9/5/2018 | Excessive Force | Public |
| Driscoll, Brian | Farmington PD | 2017 | 9/5/2018 | Excessive Force / Truthfulness | Public |
| Reid, Andrea | Milton PD | 2017 | 9/5/2018 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Notice not yet provided |
| Chouinard, Jean | Manchester PD | 8/2/1995 | 9/14/2018 | Truthfulness | Public |
| Folini, Michael | Peterborough PD | 4/1/1997 | 9/14/2018 | Truthfulness | Public |
| Fournier, Justin | New Boston PD | 10/26/2013 | 9/14/2018 | Truthfulness | Public |
| Drake, Alexandra | New Boston PD | 9/16/14 | 9/14/2018 | Truthfulness | Public |
| Budroe, Edward | Derry PD | | 9/17/2018 | Criminal Conduct | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Melanson, Katherine | Moultonborough PD | 10/2/2018 | 10/31/2018 | Criminal Conduct | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Knight, Eric | Manchester PD | 6/13/2018 | 11/29/2018 | Truthfulness / Criminal Conduct | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Curran, Matthew | Barnstead PD | 1/7/2007 | 11/30/2018 | Unknown | Public |
| Dawson, Mathew | Tilton PD | 5/28/2013 | 11/30/2018 | Unknown | Public |
| Schack, Douglas | NH State Police | 4/7/2015 | 11/30/2018 | Unknown | Public |
| Blanchette, Justin | Belknap County Sheriff | Feb 2013 | 11/30/2018 | Criminal Conduct / Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Parker, Jacquelyn | Pembroke PD | 8/10/2015 | 12/4/2018 | Unknown | Public |
| Jalava, Bryan | Hinsdale PD | Unknown | 12/31/2018 | Dereliction of Duty | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| O'Brien, Sean | Littleton PD | 2/9/2018 | 2/13/2019 | Dereliction of Duty / Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Cowland, Sean | Jackson PD | 2007-2015 | 3/19/2019 | Dereliction of Duty | Public |
| Jette, Douglas | Jackson PD | 2010-2016 | 3/27/2019 | Dereliction of Duty / Excessive Force / Falsification of Records | Public |
| Conant, Craig | Hollis PD | 4/6/2019 | 4/26/2019 | Truthfulness | Public |
| Bonnier, Anthony | Lebanon PD | 12/21/2018 | 4/29/2019 | Falsifying Records | Public |
| Berry, Tyler | Londonderry PD | 4/5/2019 | 5/13/2019 | Criminal Conduct | Public |
| Watt, Ian | Rochester PD | Between 5/18 & 4/19 | 7/12/2019 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Mills, Ashley | Lebanon PD | 4/21/2019 | 7/31/2019 | Truthfulness | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal ■■■ v. NH Dept. of Safety, State Police, et al. 217-2021-CV-00052 Merrimack Co. Superior Court |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Allatt, Sheila | Weare PD | 9/10/2019 | 1/9/2020 | Falsifying Evidence | Public |
| Landry, Joseph | Hanover PD | 12/1/2017 | 1/13/2020 | Dereliction of Duty | Public |
| Marshall, Jonathan | Barnstead PD | 6/13/2019 | 2/11/2020 | Truthfulness | Public |
| Hilliard, Scott | Merrimack County Sheriff's Office | 8/9/2019 | 2/12/2020 | Truthfulness | Public |
| Nardini, Zachary | Hudson PD | 4/4/2020 | 4/7/2020 | Criminal Conduct | Public |
| Yaris, Jacob | Manchester PD | 12/10/2019 | 4/14/2020 | Unknown | Public |

| Name | Department | Incident Date | Conclusion Date | Category | Status |
|---|---|---|---|---|---|
| | | | | | Lawsuit filed - entirely under seal |
| Bosch, Stephanie | NH State Police | 1/23/2020 | 7/22/2020 | Truthfulness | Public |
| Maggiano, Thomas | Bedford PD | 4/19/2020 | 8/7/2020 | Truthfulness | Public |
| | | | | | Lawsuit filed - entirely under seal |
| Manni, Christopher | Hudson PD | 1/25/2014 | 8/18/2020 | Truthfulness | Public |
| Caflisch, Melissa | Hudson PD | 3/16/2015 | 8/18/2020 | Truthfulness | Public |
| Letendre, Ronald | Dover PD | Unknown | 8/28/2020 | Truthfulness / Excessive Force / Criminal Conduct | Public |
| | | | | | Lawsuit filed - under seal |
| Callahan, James | NH State Police | 1/25/2020 | 9/14/2020 | Falsifying Records/Truthfulness | Public |
| Swift, Justin | Ossipee PD | 7/9/2020 | 9/18/2020 | Criminal Conduct | Public |
| | | | | | Lawsuit filed - entirely under seal |
| Eldridge, David | Hinsdale PD | Unknown | 10/1/2020 | Truthfulness | Public |
| Carpenter, Michael | Bow PD | 12/2/2020 | 12/28/2020 | Truthfulness | Public |
| | | | | | John Doe v. Town of Lisbon & New Hampshire Department of Justice<br>1:21-cv-00944-JL<br>U.S. District Cout for the District of New Hampshire |
| Bisson, Gregory | NH State Police | 11/4/2020 | 2/9/2021 | Truthfulness | Public |
| | | | | | Lawsuit filed - entirely under seal |
| Sawicki, Spencer | Portsmouth PD | 3/26/2021 | 4/27/2021 | Truthfulness | Public |
| Decker, Jillian | Keene PD | 4/1/2021 | 4/29/2021 | Truthfulness | Public |
| Pinard, John | Hudson PD | 4/8/2021 | 5/20/2021 | Truthfulness | Public |
| Monaco, Andrew | NH State Police | 5/16/2016 | 5/26/2021 | Excessive Force | Public |
| | | | | | Lawsuit filed - entirely under seal |
| Pelletier, Philip | Berlin PD | 1/22/2019 | 6/1/2021 | Criminal Conduct | Public |
| Croft, Bryan | Concord PD | 5/3/2021 | 6/16/2021 | Criminal Conduct | Public |
| | | | | | Lawsuit filed - entirely under seal |
| | | | | | Lawsuit filed - entirely under seal |
| | | | | | Lawsuit filed - entirely under seal |
| | | | | | Lawsuit filed - entirely under seal |
| | | | | | Lawsuit filed - entirely under seal |
| Wornham, Brian* | Nashua PD | 8/22/2016<br>8/16/2016 | 12/20/2017<br>12/1/2016 | Truthfulness<br>Unknown | Public |
| Lamontagne, Bryan* | Derry PD<br>Hampstead PD | 3/17/2017<br>Unknown | 12/26/2017<br>3/19/2018 | Truthfulness<br>Unknown | Public |
| Berube, Eric* | Fire Marshal's Office | 12/20/2015<br>11/7/2016 | 2/7/2017<br>6/6/2017 | Truthfulness<br>Truthfulness | Public |
| McGrath, Brian | Conway PD | 2011-2013 | 2013 (Letter to AG 8/20/18) | Truthfulness | Public |

| Name | Department | Date 1 | Date 2 | Issue | Status |
|---|---|---|---|---|---|
| ███ | ███ | | | | Lawsuit filed - entirely under seal |
| Dyer, Adam* | Hampstead PD / Londonderry PD | Unknown / 08/12/2015 | 3/19/2018 / Unknown | Unknown / Unknown | Public |
| Julian, Timothy* | Grantham PD / Newport PD / Springfield PD | 7/11/1996 / 7/11/1996 / 7/11/1996 | 6/6/2018 / 4/10/2018 / 4/11/2018 | Excessive force / Excessive force / Excessive force | Public |
| Anderson, Marc* | Nashua PD | 11/7/2017 / 05/17/2019 | 8/16/2018 / 06/24/2019 | Falsifying Records / Truthfulness | Public |
| Mercer, Dennis* | Wakefield PD | Unknown / 9/6/2015 / 11/19/2015 | 8/20/2018 / Unknown | Truthfulness / Unknown | Public |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███ | | | | | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███ | | | | | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███ | | | | | Lawsuit filed - entirely under seal / Awaiting additional case information |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Lawsuit filed - entirely under seal |
| ███ | | | | | Mail returned - 180 days has not yet expired |
| ███ | | | | | Notice not yet provided |
| ███ | | | | | Notice not yet provided |
| Seusing, John | Nashua PD | 6/8/1905 | Unknown | Unknown | Public |
| Powers, Wayne | Rockingham County Sheriff | 1999 | Unknown | Unknown | Public |
| Lemieux, Serena | Fremont PD | 2009 | Unknown | Unknown | Public |
| Malboeuf, Robert | Unknown Sheriff's Department | 4/1/1999 | Unknown | Unknown | Public |
| Desmarais, Debra | Pelham PD | 9/1/2001 | Unknown | Unknown | Public |
| Jordan, Richard | Bedford PD | 2/1/2003 | Unknown | Unknown | Public |
| Mulchahey, Kenneth | Salem PD | 9/12/2003 | Unknown | Unknown | Public |
| Niles, David | Antrim PD | 2/3/2006 | Unknown | Unknown | Public |
| Levierge, Ronald | Merrimack PD | 1/22/2007 | Unknown | Unknown | Public |
| Kochanek, Frank | New Boston PD / Allenstown PD | 6/3/2008 | Unknown | Unknown | Public |
| Laurent, Adam | Seabrook PD | 11/11/2009 | Unknown | Unknown | Public |
| Richardson, Mark | Seabrook PD | 11/11/2009 | Unknown | Unknown | Public |
| Blastos, Christopher | Milford PD | 5/3/2010 | Unknown | Unknown | Public |
| Gates, Donald | Nottingham PD | 5/16/2010 | Unknown | Unknown | Public |
| Kurland, Michael | Brookline PD | 11/24/2010 | Unknown | Unknown | Public |
| Mercer, David | Merrimack PD | 2/18/2011 | Unknown | Criminal Conduct | Public |
| Fiset, Nicolas | Plaistow PD | 10/12/2011 | Unknown | Unknown | Public |

| Name | Department | Date | Date 2 | Reason | Status |
|---|---|---|---|---|---|
| Gorman, Alexander | Nashua PD | 7/2/2012 | Unknown | Truthfulness | Public |
| Pelkey, Royce | Hinsdale PD | 12/7/2012 | Unknown | Unknown | Public |
| Dennis, Jonathon | South Hampton PD | 1/8/2013 | Unknown | Unknown | Public |
| Levasseur, Joshua | Concord PD | 1/19/2013 | Unknown | Unknown | Public |
| Iannucillo, Mark | East Kingston PD | 5/12/2013 | Unknown | Unknown | Public |
| Freda, Joseph | Salem PD | 10/6/2013 | Unknown | Excessive Force | Public |
| Tapscott, Kenneth | Rochester PD | 4/20/2014 | Unknown | Unknown | Public |
| Cespedes, Jose | Manchester PD | 7/29/2014 | Unknown | Criminal Conduct | Public |
| Velleca, John | Weare P D | 9/15/2014 | Unknown | Criminal Conduct | Public |
| Myer, David | New Ipswich PD | 9/21/2014 | Unknown | Unknown | Public |
| Mallios, George | Manchester PD | 7/31/2015 | Unknown | Criminal Conduct | Public |
| Wrobleski, Joshua | Kensington PD | 11/29/2016 | Unknown | Truthfulness | Public |
| Haxhija, Ejona | Plainfield PD | 1/29/2019 | Unknown | Falsification of Records / Truthfulness | Public |
| Routhier, Judith | Manchester PD | 6/27/13 | Unknown | Unknown | Public |
| McCarthy, Matthew | Plymouth PD | 10/2/11 & 2/1/212 | Unknown | Unknown | Public |
| Wasson, John | Seabrook PD | 11/11/09 - 10/26/10 | Unknown | Unknown | Public |
| LePage, Joy | Hampton Falls PD | 11/23/04 & 9/19/05 | Unknown | Unknown | Public |
| Quigley, Jonathan | Weare PD | 3/21/09 & 3/23/09 | Unknown | Unknown | Public |
| Lewis, Michael | Bristol PD | 8/3/17 & 9/21/17 | Unknown | Criminal Conduct/Truthfulness | Public |
| Wood, Scott | Sandown PD | Between 1/1/11 & 8/4/12 | Unknown | Unknown | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal Awaiting additional case information |
| Lyons, Nathan* | Atkinson PD Newton PD | 11/7/2017 Unknown | Unknown 6/1/2012 | Unknown Unknown | Public |
| ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | Lawsuit filed - entirely under seal |
| Edson, Joshua | Winchester PD | 7/2/2021 | 2/25/2022 | Criminal Conduct | Public |