**UNITED STATES DISTRICT COURT FOR THE DISTIRCT OF NEW HAMPSHIRE**

John Doe
_____

Plaintiff(s)/United States

v.

Town of Lisbon
_____

Defendant(s)

Case No. 1:21-cv-00944
_____

**PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING**

NOW COMES the ~~Plaintiff/Defendant~~, Intervenor Eugene Volokh, appearing pro se (hereafter
"Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in
electronic filing. In support of this motion, Pro Se Litigant states the following:

1.  Pro Se Litigant is presently named a party in the above case.
2.  Pro Se Litigant is not presently incarcerated.
3.  Pro Se Litigant represents that he/she has the following system requirements to participate in
    electronic filing:
    A.  Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a
        standard platform (e.g., Windows XP or Vista 7 or 8);
    B.  Portable Document Format (PDF) compatible word processing software for creating
        pleadings (e.g., Corel Wordperfect, Microsoft Word);
    C.  PDF creation software used to convert documents to PDF and PDF reading software used to
        read documents converted to PDF;
    D.  Internet service using point-to-point protocol (PPP) for accessing the Internet and for
        sending and receiving e-mails (Broadband service is highly recommended (minimum access
        speed of 56K));
    E.  Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet
        Explorer 7 or 8;
    F.  An upgraded Individual PACER account. A PACER account suspended for a violation of
        PACER's Policies and Procedures, including an overdue account balance, is not valid account
        for CM/ECF filing purposes.  Any suspension must be resolved by the account holder with
        PACER before requesting leave to file electronically;
    G.  A document scanner and/or access to a document scanner;
4.  As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the
    following:
    A.  That I am required to maintain and keep the aforementioned systems in working order;
    B.  That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and
        will be expected to comply with all rules and procedures governing ECF;

C. That I will review the interactive "New Hampshire Computer Based Training Modules" (best viewable using Internet Explorer) on the court's website at www.nhd.uscourts.gov/training;

D. That I may only file electronic documents in the above captioned case;

E. That I will keep the email addresses associated with my PACER account current and able to receive electronic notices from the court;

F. The clerk's office will terminate my ability to participate in electronic filing should an attorney subsequently file an appearance on my behalf in the above captioned case;

G. I understand that hard copies will no longer be issued by the court or opposing counsel;

H. That the court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

Date: June 25, 2022

Signature: Eugene Volokh
Digitally signed by Eugene Volokh
Date: 2022.06.25 18:25:56 -07'00'

Printed Name: Eugene Volokh

Address: UCLA School of Law

385 Charles E. Young Dr. E

Los Angeles, CA 90095

Email : volokh@law.ucla.edu

Telephone: 310-206-3926

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein: Chris Meier <cmeier@coopercargillchant.com>

Samuel Martin <Samuel.Martin@jacksonlewis.com>; Debra Weiss Ford <Debra.Ford@jacksonlewis.com>; Naomi Butterfield <naomi@mitchellmunigroup.com>

Samuel Garland <Samuel.RV.Garland@doj.nh.gov>

Served by e-mail with their consent

Date: June 25, 2022

Signature: Eugene Volokh
Digitally signed by Eugene Volokh
Date: 2022.06.25 18:27:54 -07'00'

Name: Eugene Volokh

(Printed or Typed)

(USDCNH-97 (2-20)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE**

**PRO SE PARTY PERMISSION TO PARTICIPATE IN ELECTRONIC FILING**

A non-incarcerated pro se litigant in a pending case may file a motion for permission to participate in electronic filing (e-filing).  If during the course of the action the pro se litigant retains an attorney who appears on their behalf, the clerk's office shall terminate the pro se party's ability to participate in e-filing in that case upon the attorney's appearance.  AP 6.1(c).

Before filing the motion for permission to participate in e-filing access, please take a moment to review the system requirement section of the motion and the other matters to which you will be required to agree and/or certify as part of the electronic filing process.