UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

INTERLOCUTORY APPEAL COVER SHEET

1. USDC/NH Case No. 21-cv-944-JL

2. TITLE OF CASE: John Doe v. Town of Lisbon, NH

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Joseph N. Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **June 23, 2022**

8. DATE OF NOTICE OF APPEAL: **June 24, 2022**

9. FEE PAID: YES

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES: 6/14/2022

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: Not Applicable

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:   Not Applicable

17. SPECIAL COMMENTS: