UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| **JOHN DOE,**<br>**Plaintiff,** | )<br>)<br>)<br>) |  |
| v. | ) | No. 1:21-cv-00944-JL |
| **TOWN OF LISBON**<br>**Defendant.** | )<br>)<br>)<br>)<br>) |  |

## STATUS REPORT

NOW COME the parties, by and through their respective undersigned counsel, and hereby provides the following status report:

1. As noted in the Joint Motion to Stay filed by the parties on November 23, 2023 (Doc. 64) and granted by this Court, on September 25, 2023, the New Hampshire Superior Court entered summary judgment in the related state court action, John Doe v. Town of Lisbon et al, N.H. Superior Court Docket No. 21-cv-252. A motion for reconsideration was denied on November 3, 2023.

2. An appeal of the state court matter was filed on November 14, 2023, and is docketed as John Doe v. Town of Lisbon et al, N.H. Supreme Court Docket No.: 2023-0700.

3. The NH Supreme Court issued the Briefing Order on February 21, 2024, requiring appellant's brief to be filed by March 21, 2024, and the opposing briefs to be filed by April 22, 2024. A reply brief may be filed as a matter of right on or before May 12, 2024.

4. Based upon the experience of counsel, the New Hampshire Supreme Court requires at least six (6) months to issue any decision or schedule oral arguments, so a decision is not anticipated prior to November 12, 2024.

Respectfully submitted,

Dated: March 5, 2024

**John Doe**

/s/ Christopher T. Meier
Christopher T. Meier, NH Bar #17135
Cooper Cargill Chant, PA
2935 White Mountain Highway
North Conway, NH 03860
(603) 356-5439
cmeier@coopercargillchant.com

**Town of Lisbon**

/s/ Samuel Martin
Samuel Martin, NH Bar #272195
Ashley R. Theodore, NH Bar #268090
Jackson Lewis P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
603-559-2700
Samuel.martin@jacksonlewis.com

# CERTIFICATE OF SERVICE

I, Christopher T. Meier, hereby certify that on the date shown, I delivered the foregoing document to all parties and counsel of record by e-file.

Dated:  March 5, 2024

/s/ Christopher T. Meier

Christopher T. Meier, Bar ID # 17135